IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO: 4:04cv74-SPM-AK

JAYNE POTTS, as Personal Representative
of the Estates of WILLIAM E. POTTS, MARY
POTTS and ANNA POTTS,

    Plaintiff,

vs.

FORD MOTOR COMPANY, BUDGET
RENT A CAR SYSTEMS, INC., BUDGET
RENT A CAR SYSTEM, INC., BUDGET
RENT A CAR CORPORATION, CENDANT
CORPORATION; and CENDANT CAR
RENTAL GROUP, INC.,

    Defendants.
_____/

## ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the parties Joint Stipulation for Order of Dismissal with Prejudice as to Defendants, BUDGET RENT A CAR SYSTEM, INC., CENDANT CORPORATION; and CENDANT CAR RENTAL GROUP, INC., the Court being fully advised in the premises, it is, upon consideration thereon:

ORDERED AND ADJUDGED as follows:

Defendants, BUDGET RENT A CAR SYSTEM, INC., CENDANT CORPORATION; and CENDANT CAR RENTAL GROUP, INC. are hereby dismissed with prejudice as of the date of this Order, each party to bear his/her/its own costs.

00392603.WPD

Potts v. Budget
Case No: 4:04cv74-SPM-AK
Page Two

**DONE AND ORDERED** in Chambers at United States District Court, Northern Division, Florida this 31st day of May, 2005.

_____
HONORABLE STEPHAN P. MICKLE

**Copies furnished to:**

E. Peyton Hodges, Esq.
Patrick J. Farrell, Jr., Esq.
Thomas R. Thompson, Esq.
Francis M. McDonald, Jr., Esq.
David E. Cannella, Esq.
David Heath, Esq.

00392603.WPD