IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAYNE POTTS, as personal
representative of the estates of
WILLIAM E. POTTS, MARY POTTS,
and ANNA POTTS,

    Plaintiff,

vs.                                          4:04-CV-074-SPM

BUDGET RENT A CAR SYSTEMS,
INC.; BUDGET RENT A CAR
SYSTEM, INC.; and BRAC GROUP, INC.,

    Defendants.
_____/

BUDGET RENT A CAR CORPORATION
and BRAC GROUP, INC.,

    Third-Party Plaintiffs,

vs.

EMPIRE FIRE AND MARINE INSURANCE,
a Nebraska corporation,

    Third-Party Defendants,
_____/

**ORDER DENYING MOTION TO DISMISS THIRD-PARTY COMPLAINT**

**THIS CAUSE** comes before the Court upon the motion of third-party

defendant Empire Fire and Marine Insurance ("Empire") to dismiss the third-party

complaint filed against it by Budget Rent a Car Corporation and BRAC Group, Inc.[1] Plaintiff Potts filed a response (doc. 282) on July 11, 2005. Empire argues in its motion to dismiss that Budget Rent a Car Corporation and BRAC Group, Inc. are not proper defendants in the main action and therefore cannot sue Empire. In order to understand the many similarly-named parties in this case, a brief history is set out below.

## COMPLAINTS FILED

Potts's original complaint (doc. 1) named Budget Rent a Car Systems, Inc. and Budget Rent a Car System, Inc., as defendants.[2] The amended complaint (doc. 2) made no changes to the parties named. The second amended complaint by Potts (doc. 70) added Budget Rent a Car Corporation as a defendant (in addition to other parties irrelevant here). The third amended complaint (doc. 112) added BRAC Group, Inc. as a defendant. Thus, the named Budget defendants at that time were Budget Rent a Car Systems, Inc.; Budget Rent a Car System, Inc.; Budget Rent a Car Corporation; and BRAC Group, Inc.

In their answer (doc. 241) to the third amended complaint, Budget Rent a Car Corporation and BRAC Group, Inc. included a third-party complaint naming Empire as a defendant (doc. 241 at 7).[3]

---

[1] The motion was not electronically filed; thus, no document number was ever assigned. The title of the motion is "Motion to Dismiss Third Party Complaint, Answer to Third Party Complaint and Affirmative Defenses." The motion is dated July 7, 2005, but it was received in chambers by fax on July 18, 2005.

[2] The complaint also named other parties not relevant here.

[3] Budget Rent a Car Systems filed its own third-party complaint (doc. 58) against Empire Fire & Marine Insurance Corporation ("Empire") which was later voluntarily dismissed (doc. 132).

## BUDGET'S BANKRUPTCY

On June 17, 2005, an "Amended Suggestion of Bankruptcy and Notice of Stay" (doc. 61-2) was filed, advising that BRAC Group, Inc., and certain subsidiaries had filed a voluntary bankruptcy petition in Delaware. The document notes that both the liquidation plan and the order confirming the plan direct that two particular entities be consolidated with and merged into "Reorganized BGI": BRAC Rent a Car Systems, Inc. (f/k/a Budget Rent a Car Systems, Inc.) and BRAC Rent a Car Corporation, Inc. (f/k/a Budget Rent a Car Corporation, Inc.).

Subsequently, Potts and Reorganized BGI entered into a stipulation in the Delaware bankruptcy court (doc. 108-2) which specifically grants Potts relief from the automatic stay and permits her to pursue her claims against the following entities:

1) Reorganized BGI, as the successor-in-interest to BRAC Rent a Car Systems, Inc. (f/k/a Budget Rent a Car Systems, Inc.) and BRAC Rent a Car Corporation (f/k/a Budget Rent a Car Corporation );
2) Budget Rent a Car Systems, Inc.
3) Budget Rent a Car Corporation
4) any other debtor[4]

(Doc. 108-2 at 4, ¶ 2) This relief was granted explicitly "for the sole and limited purpose of recovering against third party insurance policies of the Debtors, if any, which may cover such claims." Id. Thus, Potts's claims against Budget Rent a Car Corporation and BRAC Group, Inc. are entirely proper, and in turn, their

---

[4] "Debtor" is defined in a footnote in the Amended Suggestion of Bankruptcy and Notice of Stay (doc. 61-2) to include a host of various auto-related companies. Specifically included are BRAC Group, Inc.; BRAC Rent a Car Corporation; and BRAC Rent a Car Systems, Inc.

(Budget Rent a Car Corporation and BRAC Group, Inc.) third-party complaint against Empire is likewise proper. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the motion to dismiss is hereby *denied*.

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao